Argued June 1, affirmed June 1, 1972

PAYNE, *Respondent, v.* PAYNE (No. 73761),
*Appellant.*

497 P2d 374

*Dale Pierson,* Salem, argued the cause for appellant. With him on the brief were Goodenough, Evans & Pierson, Salem.

*Norman K. Winslow,* Salem, argued the cause for respondent. With him on the brief was Howard Kaffun, Salem.

Before Schwab, Chief Judge, and Langtry and Thornton, Judges.